BENJAMIN G. WEAVER et al., Appellants and Respondents, *v.* THE CITY OF ROCHESTER, Appellant and Respondent.

(Argued June 5, 1888; decided June 19, 1888.)

CROSS-APPEALS from order of the General Term of the Supreme Court in the fifth judicial department, made October 21, 1887, which modified and affirmed, as modified, an order of Special Term settling the bill of costs in this action.

*Theodore Bacon* for plaintiff.

*Charles B. Ernst* for defendant.

Agree to affirm; no opinion.
All concur.
Order affirmed.

———————

ELIZA T. BRYSON, as Trustee, etc., Respondent, *v.* EDWARD F. JAMES, Impleaded, etc., Appellant.

(Argued June 5, 1888, decided June 19 1888.)

*Edward F. James*, appellant, in person.

*Eugene H. Lewis* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.